**NEWARK INSURANCE COMPANY,**
Appellant,

v.

**Yvonne LEWIS, Appellee.**

**No. 25029.**

United States Court of Appeals
Fifth Circuit.

May 13, 1968.

Marcel Livaudais, Jr., George M. Leppert, New Orleans, La., Loeb & Livaudais, Stanley E. Loeb, New Orleans, La., for appellant.

Kent A. Russell, Frederick P. Heisler, Fiasconaro, Heisler, Windhorst & de-Laup, New Orleans, La., for appellee.

Before BROWN, Chief Judge, DYER, Circuit Judge, and GARZA, District Judge.

PER CURIAM:

The controlling issue in this fall-in-the-parking-lot case is the sufficiency of the evidence to support the jury's verdict tested by a motion for judgment N.O.V. Since the briefs and oral argument conclusively showed that "there is a rational basis in the record for the jury's verdict," Helene Curtis Industries, Inc. v. Pruitt, 5 Cir. 1967, 385 F.2d 841, 850, we directed affirmance from the bench.

Affirmed.